THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDDIE LEE SANDERS, Appellant.—

Latham, Acting P. J., Shapiro, Brennan and Benjamin, JJ., concur.